**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KENNETH COATNEY,

   Plaintiff,

-VS-                                   CASE NO.: 6:16-cv-00389-ACC-TBS

SYNCHRONY BANK and ALLIED INTERSTATE,

   Defendant.

_____/

**NOTICE OF PENDENCY**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

   N/A

___X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

   I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after that appearance of the party.

Dated: <u>March 23, 2016</u>

                                                */s/ Octavio "Tav" Gomez*
                                                OCTAVIO "TAV" GOMEZ, ESQUIRE
                                                Florida Bar No.: 0338620
                                                MORGAN & MORGAN, TAMPA, P.A.
                                                201 N. Franklin Street, Suite 700
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile: (813) 223-5402
                                                Primary: TGomez@ForThePeople.com
                                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2016, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Octavio "Tav" Gomez*
OCTAVIO "TAV" GOMEZ, ESQUIRE
Florida Bar No.: 0338620