UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH COATNEY,

   Plaintiff,

-VS-                                   CASE NO.:  6:16-cv-00389-ACC-TBS

SYNCHRONY BANK and ALLIED INTERSTATE,

   Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE

    I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Kenneth Coatney (Plaintiff);

- Octavio "Tav" Gomez, Esquire (Counsel for Plaintiff);

- Morgan and Morgan, P.A. (Plaintiff's law firm);

- Synchrony Bank (Defendant - Unknown if publicly traded);

- Allied Interstate (Defendant - Unknown if publicly traded);

- Unknown (Counsel for Defendant);

- Unknown (Law firm for Defendant);

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Kenneth Coatney.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: March 23, 2016

/s/ Octavio "Tav" Gomez
OCTAVIO "TAV" GOMEZ, ESQUIRE
Florida Bar No.: 0338620
Georgia Bar No.: 617963
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
Primary: TGomez@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2016, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Octavio "Tav" Gomez*
OCTAVIO "TAV" GOMEZ, ESQUIRE
Florida Bar No.: 0338620