UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH COATNEY,

    Plaintiff,

v.                                          Case No. 6:16-CV-00389-ACC-TBS

SYNCHRONY BANK and ALLIED
INTERSTATE,

    Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: April 15, 2016             Respectfully submitted,

/s/ *Patrick G. Broderick*
Patrick G. Broderick (FBN 0088568)
Email: broderickp@gtlaw.com
GREENBERG TAURIG, PA
777 S. Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7915

            -and-

John A. Wirthlin (FBN 0085587)
Email: wirthlinj@gtlaw.com
GREENBERG TRAURIG, PA
625 E. Twiggs Street, Suite 100
Tampa, Florida 33602
Telephone: (813) 318-5700
*Counsel for Allied Interstate LLC*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Patrick G. Broderick