UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH COATNEY,

    Plaintiff,

v.                                                Case No. 6:16-CV-00389-ACC-TBS

SYNCHRONY BANK and ALLIED
INTERSTATE,

    Defendant.

_____/

**ALLIED INTERSTATE LLC'S CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Defendant Allied Interstate LLC, by and through its undersigned counsel, hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case: **(a) Kenneth Coatney, (b) Octavio Gomez, Morgan & Morgan, counsel for Kenneth Coatney, (c) Allied Interstate LLC, (d) Patrick G. Broderick and John A. Wirthlin, Greenberg Traurig, P.A., counsel for Defendant Allied Interstate LLC, (e) Synchrony Bank, (f) Jessica B. Reyes and Laudy Luna Perez, Liebler, Gonzalez & Portuondo, PA, counsel for Defendant Synchrony Bank.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **Defendant Allied Interstate LLC**

**("Allied") is a privately held limited liability company.  Allied is wholly owned by iQor US Inc., a privately held corporation.  iQor US Inc. is wholly owned by iQor Holdings Inc., a privately held corporation with no corporation owning more than 10% of its stock.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  **Not applicable.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:  **Not applicable.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  April 15, 2016

Respectfully submitted,

/s/ *Patrick G. Broderick*
Patrick G. Broderick (FBN 0088568)
Email: broderickp@gtlaw.com
GREENBERG TRAURIG, PA
777 S. Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7915

-and-

John A. Wirthlin (FBN 0085587)
Email: wirthlinj@gtlaw.com
GREENBERG TRAURIG, PA
625 E. Twiggs Street, Suite 100
Tampa, Florida 33602
Telephone: (813) 318-5700

*Counsel for Allied Interstate LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Patrick G. Broderick