# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### *ORLANDO DIVISION*

CASE NO.: 6:16-cv-00389-ACC-TBS

KENNETH COATNEY,

       Plaintiff,

vs.

SYNCHRONY BANK and ALLIED INTERSTATE,

       Defendant.

_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), Defendant Synchrony Bank certifies that the instant action:

_____IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

___**X**___ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

Dated: April 19, 2016                         Respectfully submitted,

                                                   /s/ *Jessica B. Reyes*
                                                   Laudy Luna Perez (FBN 044544)
                                                   Email: llp@lgplaw.com
                                                   Jessica B. Reyes (FBN 56894)
                                                   Email: jbr@lgplaw.com
                                                   **LIEBLER, GONZALEZ & PORTUONDO**
                                                   Courthouse Tower - 25th Floor
                                                   44 West Flagler Street
                                                   Miami, FL 33130
                                                   Tel: (305) 379-0400
                                                   Fax: (305) 379-9626
                                                   *Attorneys for Synchrony Bank*

CASE NO.: 6:16-cv-00389-ACC-TBS

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Jessica B. Reyes*
JESSICA B. REYES

Octavio Gomez, Esquire
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602