## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### *ORLANDO DIVISION*

CASE NO.: 6:16-cv-00389-ACC-TBS

KENNETH COATNEY,

        Plaintiff,

vs.

SYNCHRONY   BANK   and   ALLIED
INTERSTATE,

        Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SYNCHRONY BANK

The undersigned counsel of record for Synchrony Bank, hereby discloses the following

pursuant to this Court's interested person's order:

(1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Plaintiff Kenneth Coatney

    b.    Counsel for Plaintiff:
        i.  Morgan & Morgan, P.A.
        ii.  Attorney Octavio Gomez

    c.    Defendant Allied Interstate

    d.    Counsel for Allied Interstate:
        i.  Greenberg Traurig, PA
        ii.  Attorney Patrick G. Broderick
        iii.  Attorney John A. Wirthlin

CASE NO. 6:16-cv-00389-ACC-TBS

> e.  Synchrony Bank is a wholly owned subsidiary of Synchrony Financial. Synchrony Financial is a publicly traded company of which no entity or shareholder owns ten (10) percent or more of its publicly traded shares.

> f.  Counsel for Defendant Synchrony Bank:
>     i.   Liebler, Gonzalez & Portuondo
>     ii.  Jessica B. Reyes
>     iii. Laudy Luna Perez
>     iv.  Reed Smith LLP, of counsel for Synchrony Bank

(2)   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

(3)   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

(4)   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Other than the parties to this lawsuit, Synchrony Bank is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 19, 2016

Respectfully submitted,

/s/ *Jessica B. Reyes*
Laudy Luna Perez (FBN 044544)
Email: llp@lgplaw.com
Jessica B. Reyes (FBN 56894)
Email: jbr@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Synchrony Bank*

CASE NO. 6:16-cv-00389-ACC-TBS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.


/s/ Jessica B. Reyes
JESSICA B. REYES

Octavio Gomez, Esquire
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602